UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/2021

Clark,

        Plaintiff,

–v–

Saunders, et al,

        Defendants.

21-cv-5396 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court held an initial pre-trial conference in this matter today. The parties are ordered to submit a letter to the Court requesting either referral to a magistrate judge for settlement discussions or to the Southern District's Mediation Program, if they choose to do so, by November 22, 2021.

SO ORDERED.

Dated: October 22, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge